AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| LORENZO RICHARDSON,<br>　　　Plaintiff,<br><br>　　　v.<br><br>STATE OF NORTH CAROLINA and DIVISION<br>OF MENTAL HEALTH,<br>　　　Defendant. | **JUDGMENT IN A CIVIL CASE**<br>CASE NO. 5:11-CV-256-F |

**Decision by Court.**

　　　**IT IS ORDERED AND ADJUDGED** that the court ADOPTS the recommendtion as its own.  The court overrules Plaintiff's objection and orders that the Plaintiff's complaint be DISMISSED for failure to state a claim on which relieft may be granted.  The Clerk of Court is directed to CLOSE this case.


　　　THE ABOVE JUDGMENT WAS ENTERED TODAY, **August 16, 2011**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:


Lorenzo Richardson (3108 Fields Drive, Raleigh, NC 27603)



<u>August 16, 2011</u>　　　　　　　　　　　　　　　DENNIS P. IAVARONE
Date　　　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Susan K. Edwards
　　　　　　　　　　　　　　　　　　　　　　　　*(By) Deputy Clerk*
　　　　　　　　　　　　　　　　　　　　　　　　*Wilmington, NC*